UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARTA HERNANDEZ,   CASE NO.:

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC., DOUGLAS
COMMERCIAL DOUGLAS, LLC., and
CATLIN SPECIALTY INSURANCE COMPANY,

    Defendants.
_____/

NOTICE OF REMOVAL

Defendant Commercial Douglas, LLC, by and through undersigned counsel and pursuant to 28 U.S.C. §1441(c), files this Notice of Removal to the United States District Court, Southern District of Florida, Miami Division, in the above-styled cause and states:

1.   Plaintiff has filed a Complaint for Damages Sounding in Negligence, Violations of the Americans With Disabilities Act, Failure to Comply With the Medicare Secondary Payor Act, Failure to Tender Medpay and Demand for Jury Trial (Complaint) against this Defendant and others in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, General Civil Division, on November 20, 2014.  The Circuit Court Case Number is 2014-29748-CA-01.  A copy of the Complaint, which comprises all pleadings and documents this Defendant has received in the action to date, is attached as Exhibit 1.

2.   The instant Notice of Removal is being filed within thirty (30) days after the receipt by the Defendant of a copy of the initial pleading setting forth the claims for relief upon which such action is based. See 28 U.S.C. § 1446.  Indeed, this Notice of Removal is filed within 30 days of the initial filing of the lawsuit.

Case No.

3. This Defendant has not yet been served with process, and does not know whether any other Defendant has been served with process. Accordingly, on good faith belief, there are no other Defendants who have been properly joined and served and who would be required to join in or consent to the removal at this time pursuant to 28 U.S.C.A. § 1446(b)(2)(A). This Defendant became aware of the Complaint when Plaintiff's counsel submitted a courtesy copy of it, without the Circuit Court Case Number. A copy of the online docket sheet for the State Court action is attached as Exhibit 2.

4. Plaintiff makes five claims against this Defendant: (1) "Dangerous or Defective Parking Lot" (Count II); (2) "Ordinary Negligence and Presumption of Negligence – Negligence Per Se" (Count IV); (3) "Nuisance Per Se" (Count VI); (4) "Violation of ADA" (Count VIII); and (5) "Private Cause of Action for Double Damages Pursuant to the Medicare Secondary Payor Act" (Count X). In Counts I, III, V, VII and X, respectively, Plaintiff has asserted against Defendant Publix Supermarkets each of the claims as noted above. Count IX is titled "Claim Against Catlin Specialty Insurance Company for Medpay Benefits".

5. This Defendant has not been served with process, and therefore has received no Summons or other documents that may have been filed in the State Court action.

6. Plaintiff asserts claims "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Counts VII and VIII are claims under the Americans With Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and Count X attempts to assert a claim under 42 U.S.C. § 1395y, et seq., which raise questions of federal law. This Court has original jurisdiction over those claims. 28 U.S.C. §1441(a) and/or (c).

Case No.

7. Accordingly, this Defendant seeks removal of this action pursuant to 28 U.S.C. §§ 1331 and 1441(a) and (c).

8. A copy of this Notice is being served on the Plaintiff in this action and is being filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. A copy of this Notice will also be served on the other Defendants upon their joinder in the case

WHEREFORE, Defendant COMMERCIAL DOUGLAS, LLC, respectfully requests this Court assume federal jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1441(c), and approve this Notice of Removal.

**WE HEREBY CERTIFY** that a true and accurate copy of the foregoing has been served, via U.S. Mail and E-Mail this 19th day of December 2014 upon **Hugo V. Alvarez, Esq.**, Counsel for the Plaintiff, 1750 Coral Way, Second Floor, Miami, FL 33145, and halvarez@alvarezbarbara.com.

COLE, SCOTT & KISSANE, P.A.
Attorney for COMMERCIAL DOUGLAS, LLC.
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156
Tel.: (305) 350-5338
Fax.: (305) 373-2294
E-mail: edward.polk@csklegal.com

By:  /s/ **Edward S. Polk**
     EDWARD S. POLK
     FBN: 239860