Miami-Dade County Clerk - Civil Court Online System - Docket Information                                   Page 1 of 1



# Civil Court Online System - Docket Information

BACK TO SEARCH RESULTS          ALL PARTIES          START A NEW SEARCH

**HERNANDEZ, MARTA vs PUBLIX SUPER MARKETS INC**
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

**Case Number (LOCAL):** 2014-29748-CA-01  **Dockets Retrieved:** 9  **Filing Date:** 11/20/2014
**Case Number (STATE):** 13-2014-CA-029748-0000-01  **Judicial Section:** 04

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 12/05/2014 | | SUMMONS ISSUED | DN01 DN02 DN03 |
| 12/04/2014 | | COMPLAINT | |
| 11/21/2014 | | EFILE NUMBER | : 20827569 |
| 11/20/2014 | | DEMAND FOR JURY TRIAL | |
| 11/20/2014 | | CIVIL COVER | |
| 11/20/2014 | | NOTICE OF INTERROGATORY | |
| 11/20/2014 | | REQUEST FOR PRODUCTION | |
| 11/20/2014 | | REQUEST FOR PRODUCTION | |
| 11/20/2014 | | COMPLAINT | |

BACK TO SEARCH RESULTS          ALL PARTIES          START A NEW SEARCH

Civil Search Home | Civil Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.



S0142977



0 Item(s) in Basket    Home    Online Services    About us    Contact us

# Civil Court Online System - All Case Parties

BACK TO SEARCH RESULTS    DOCKETS    START A NEW SEARCH

**HERNANDEZ, MARTA vs PUBLIX SUPER MARKETS INC**
* The highlighted Party Names are directly related to your selection *

**Case Number (LOCAL):** 2014-29748-CA-01    **Filing Date:** 11/20/2014
**Case Number (STATE):** 13-2014-CA-029748-0000-01    **CaseType:** 107
**Consolidated Case Number:** N/A    **Judicial Section:** 04

| Party Code | Party Name |
|---|---|
| PN 01 | HERNANDEZ, MARTA |
| DN 01 | PUBLIX SUPER MARKETS INC |
| DN 02 | COMMERCIAL DOUGLAS LLC |
| DN 03 | CATLIN SPECIALTY INS CO |

BACK TO SEARCH RESULTS    DOCKETS    BEGIN A NEW SEARCH

Civil Search Home | Civil Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.



S0142977